```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA


COMMUNITY LOANS OF AMERICA,           CIVIL ACTION
INC.

VERSUS                                NO: 06-8142

HARTFORD FIRE INSURANCE CO.           SECTION: "J"(3)
AND RSUI INDEMNITY COMPANY
```

## ORDER AND REASONS

Before the Court is Plaintiff's **Motion to Remand (Rec. Doc. 7)**. Both defendants opposed this motion, which was set for hearing on December 6, 2006 on the briefs alone. Upon review of the record, the memoranda of counsel, and the applicable law, this Court now finds that, for the same reasons set forth by the undersigned in <u>Southall v. St. Paul Travelers Ins. Co.</u>, 2006 WL 2385365 (E.D. La. Aug. 16, 2006) in the discussion of the Multiparty, Multiforum Trial Jurisdiction Act of 2002 ("MMTJA"), Plaintiff's motion to remand should be granted and this case should be remanded to the Civil District Court for the Parish of Orleans. However, this Court declines to award attorneys fees. Accordingly,

**IT IS ORDERED** that Plaintiff's **Motion to Remand (Rec. Doc. 7)** should be and hereby is **GRANTED IN PART** and **DENIED IN PART**. This matter is hereby <u>remanded</u> to Civil District Court for the Parish of Orleans.

1

New Orleans, Louisiana this 8th day of December, 2006.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE